NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LG DISPLAY CO., LTD.,**
*Plaintiff-Appellant*

**v.**

**OBAYASHI SEIKOU CO., LTD., NAOTO HIROTA, SAKAE TANAKA,**
*Defendants-Appellees*

---

2014-1766

---

Appeal from the United States District Court for the District of Columbia in No. 1:11-cv-01637-RC, Judge Rudolph Contreras.

---

**JUDGMENT**

---

ANDREW JOHN PINCUS, Mayer Brown LLP, Washington, DC, argued for plaintiff-appellant. Also represented by JAMIE B. BEABER, PAUL WHITFIELD HUGHES, KFIR LEVY, TIFFANY A. MILLER.

ANDREW GEORGE, Baker Botts, LLP, Washington, DC, argued for defendants-appellees. Also represented by MICHAEL JOSEPH BARTA, RYAN EDWARD BULL, JAMIE ROY LYNN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* MOORE and HUGHES, *Circuit Judges*).


**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 15, 2015                    /s/ Daniel E. O'Toole
           Date                              Daniel E. O'Toole
                                             Clerk of Court